BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PRAXIS ENERGY AGENTS S.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRAXIS ENERGY AGENTS S.A.,

      Plaintiff,

  -against-

LE ROYAUME PETROLEUM PTE. LTD.,

      Defendant.
------------------------------------------------------------X



JUDGE KOELTL

07 CV 11594

**RULE 7.1 STATEMENT**

DEC 27 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, PRAXIS ENERGY AGENTS S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated:  New York, New York
         December 27, 2007

                                      BROWN GAVALAS & FROMM LLP
                                      Attorneys for Plaintiff
                                      PRAXIS ENERGY AGENTS S.A.

                           By:  _____
                                      Peter Skoufalos (PS-0105)
                                      355 Lexington Avenue
                                      New York, New York 10017
                                      212-983-8500