Case 1:07-cv-11594-JGK    Document 3    Filed 12/27/2007    Page 1 of 3

Roberts, S.

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PRAXIS ENERGY AGENTS S.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PRAXIS ENERGY AGENTS S.A.,

          Plaintiff,

-against-

LE ROYAUME PETROLEUM PTE. LTD.,

          Defendant.
------------------------------------------------------X

07 CV 11594 (JGK)

### EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on December 27, 2007, Plaintiff, PRAXIS ENERGY AGENTS S.A., filed a Verified Complaint herein for damages amounting to $939,841.12, inclusive of interest and costs, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of Defendant's property within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the Supporting Affidavit with respect to Defendant, LE ROYAUME PETROLEUM PTE. LTD., and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against

all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this district, including but not limited to American Express Bank, Ltd.; ABN-AMRO Bank; Bank of China; Bank of America; BNP New York; Bank of New York; J.P. Morgan Chase; Citibank; Deutsche Bank; Standard Chartered Bank; HSBC; Mashreq Bank; and Wachovia Bank, which are believed to be due and owing to the Defendant in an amount up to and including $939,841.12 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that the Process of Attachment and Garnishment may be served by any individual over 18 years old who is not a party in the case; and it is further

**ORDERED** that the following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made ~~by way of facsimile~~ transmission or electronic mail to each garnishee [*provided the garnishee consents to same*]; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective, *PKC* continuous service throughout the day from the time of such service through ~~the opening of the~~ garnishee's business the next business day [*provided the garnishee consents to same*]; and it is further *PKC*

**ORDERED** that any person claiming an interest in the property attached or garnished *PKC* pursuant to said order shall, upon application to the court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application from Plaintiff without further Order of the Court; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
December 27, 2007

SO ORDERED:

_____
U.S.D.J.

Part I

3