BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PRAXIS ENERGY AGENTS S.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRAXIS ENERGY AGENTS S.A.,

                Plaintiff,

-against-

LE ROYAUME PETROLEUM PTE. LTD.,

                Defendant.
-----------------------------------------------------------X

07 Civ. 11594 (JGK)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, Praxis Energy Agents S.A., hereby dismisses this action without prejudice and without costs.

Dated: New York, New York
         April 24, 2008

                                      BROWN GAVALAS & FROMM LLP
                                      Attorneys for Plaintiff
                                      PRAXIS ENERGY AGENTS S.A.

                                      Peter Skoufalos (PS-0105)
                                      355 Lexington Avenue
                                      New York, NY 10017
                                      (212) 983-8500