BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
PRAXIS ENERGY AGENTS S.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PRAXIS ENERGY AGENTS S.A.,

        Plaintiff,

    -against-

LE ROYAUME PETROLEUM PTE. LTD.,

        Defendant.
------------------------------------------------------X

07 Civ. 11594 (JGK)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, Praxis Energy Agents S.A., hereby dismisses this action without prejudice and without costs.

Dated: New York, New York
      April 24, 2008

                        BROWN GAVALAS & FROMM LLP
                        Attorneys for Plaintiff
                        PRAXIS ENERGY AGENTS S.A.

                        Peter Skoufalos (PS-0105)
                        355 Lexington Avenue
                        New York, NY 10017
                        (212) 983-8500